Name: Kelly S McEntire
Address: 6679 East 950 South Huntsville, Ut 84317
Telephone: 801-745-3900

RECEIVED CLERK
OCT 17 2006
U.S. DISTRICT COURT

FILED IN UNITED STATES DISTRICT COURT, DISTRICT OF UTAH
OCT 23 2006
MARKUS B. ZIMMER, CLERK
BY DEPUTY CLERK

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH**
**Central DIVISION**

Kelly S McEntire
(Full Name)
PLAINTIFF

vs.

Federated Investment Management Company
Federated Securities
Federated Shareholder Services Company
DEFENDANTS

Attorney General State of Utah

**CIVIL RIGHTS COMPLAINT**
(42 U.S.C §1983, §1985)

CIVIL NO. 3-1
(Supplied by Clerk)

Judge Bruce S. Jenkins
DECK TYPE: Civil
DATE STAMP: 10/25/2006 @ 13:28:00
CASE NUMBER: 1:06CV00133 BSJ

## A. JURISDICTION

1. Jurisdiction is proper in this court according to:

   a. __ 42 U.S.C. §1983
   b. __ 42 U.S.C. §1985
   c. __ Other (Please Specify) ________________

2. NAME OF PLAINTIFF Kelly S McEntire
IS A CITIZEN OF THE STATE OF US

PRESENT MAILING ADDRESS: 6679 East 950 South Huntsville Ut 84317

3. NAME OF FIRST DEFENDANT Robert Newman

IS A CITIZEN OF SLC Utah
(City and State)

IS EMPLOYED AS Director at URS.
(Position and Title if Any) (Organization)

Was the defendant acting under the authority or color of state law at the time these claims occurred?

YES ✓ NO___. If your answer is "YES" briefly explain.

Participated in setting my retirement date, overseeing a judical review, was a 25% share holder of my wife's Trust, and took that trust fraudlenty through organized illegal actions, Identity theft

4. NAME OF SECOND DEFENDANT Dennis R. Kelley
(If applicable)

IS A CITIZEN OF SLC, Utah
(City and State)

IS EMPLOYED AS Operations Manager at UDABC.
(Position and Title if Any) (Organization)

Was the defendant acting under the authority or color of state law at the time these claims occurred?

YES ✓ NO___. If your answer is "YES" briefly explain.

Was with holding money from my pay and putting it in a non trust account. Helped to misrepresent my service credit, Conspired to committe fraud against a person with disabilities

5. NAME OF THIRD DEFENDANT Rich Freeman
(If applicable)

IS A CITIZEN OF SLC Utah
(City and State)

IS EMPLOYED AS President at Weber Credit Union

(Position and Title if Any) ~~URS~~ Director (Organization) URS

Was the defendant acting under the authority or color of state law at the time these claims occurred?

YES ___ NO ✓. If your answer is "YES" briefly explain.

6. NAME OF FOURTH DEFENDANT Bank of Utah
(If applicable)

IS A CITIZEN OF Ogden Utah
(city and State)

IS EMPLOYED AS President of Bank at Bank of Utah
(Position and Title if Any) (Organization)

Was the defendant acting under the authority or color of state law at the time these claims occurred?

YES ___ NO ✓. If your answer is "YES" briefly explain.

(Use additional sheets of paper if necessary.)

## B. NATURE OF CASE

1. Why are you bringing this case to court? Please explain the circumstances that led to the problem.

I started to see unusual activity in my bank accounts and had a bunch of MPKI Certificates in my computer from a company called Verisign

Conspiracy on the part of multiple entities to defraud the Beneficiary of a Trust of his rights of ownership – Involving multiple state Agencies

## C. CAUSE OF ACTION

1. I allege that my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach additional pages)

a. (1) Count I: Denied me access to SEC documents / Denied my benefical intrest in a Trust

(2) Supporting Facts: (Describe exactly what each defendant did or did not do. State the facts clearly in your own words without citing legal authority or arguments.)

My wife started a trust/Partership in March of 1986 she died in 1996 from a car accident The trust was changed without my consent and continued on in her name until I discoved it. Should have been sending me tax information and K-1 reports

b. (1) Count II: Fraud against a person with a disability

(2) Supporting Facts: The partners in the trust knew personal informations and denied insurance benefits at the time of my wifes death but paid them into the trust. Created an employee trust and converted from a family trust to hide and take posion of through Tax laws.

c. (1) Count III: Retaliation by individuals Involved State Agencies

(2) Supporting Facts: Denial of retirement benefits denial of medical benefits, harrassment law suits if I do not withdraw Denial of Beneficial Interest in a Trust in the name of Janice S McEntire through harrassing and manipulative action

**D. INJURY**

1. How have you been injured by the actions of the defendant(s)?

After the hearing on November 18, 2005 my psychiatrist Rhonda Lehr withdrew treatment for depression and ADD until April 16th the day after transfer was effected Continued non treatment caused me to be totally disabled from December 2005 until I attempted suicide and recieved treatment in Sept of 2006 loss of Retirement benefits and my wife's Trust Account

**E. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF**

1. Have you filed other lawsuits in state or federal court that deal with the same facts that are involved in this action or otherwise relate to the conditions of your imprisonment? YES ✓ / NO _____. If your answer is "YES," describe each lawsuit. (If there is more than one lawsuit, describe additional lawsuits on additional separate pages, using the same outline.)

a. Parties to previous lawsuit:

Plaintiff(s): United States Government

Defendant(s): URS

b. Name of court and case or docket number: Utah Court of Appeals 20030908CA

c. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) Ruled in favor of the state and over turned by the SEC

d. Issues raised: Ownership of the assets in the trust and the criminal activity that took place to hide the existance of the trust

e. When did you file the lawsuit? ~~December 10, 2003~~ Not filed
Date Month Year
United States wants to claim jurisdiction of this case

f. When was it (will it be) decided? ______

2. Have you previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C? YES ✓ / NO ___. If your answer is "YES" briefly describe how relief was sought and the results. If your answer is "NO" explain why administrative relief was not sought.
Participated in a judicial review which was denied
I Probated my wifes estate and the attorney of the URS made allegations of sexual harassment against me to deny putting federal securities in my name and grant beneficial interest
Conflict of interest / Manipulative practices
Lawer for state has been disbarred because of his actions

## F. REQUEST FOR RELIEF

1. I believe that I am entitled to the following relief:
An amount of damages to be determined by the Court and, Reinstatement and payment of Retirement funds
Dropping of all charges against me by the State of Utah and payment of the proper amount of disgorgment and eliminate any penality offset. Appeal of all criminal convictions and notices of default.
Payment of disability and death benefits and Social Security

Restore my status as a properly retired state employee
Prevent the swapping of Annuity Policies and Securities for a fraudulent home loan

**DECLARATION UNDER PENALTY OF PERJURY**

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint, and that the information contained therein is true and correct. 28 U.S.C. §1746; 18 U.S.C §1621.

Executed at SLC Fed Court on 16 October 2006.
(Location) (Date)

[signature]
Signature

# SECTION VI
# REQUEST FOR APPOINTMENT OF COUNSEL

Pro se litigants may ask the court to appoint an attorney, or counsel, for them in a civil case. The Court has a limited number of attorneys to accept cases on behalf of the Court. These attorneys serve *pro bono*, or without charge, to the pro se litigant. Pro se litigants have no right to be represented by court-appointed counsel, and the court has no obligation to appoint counsel. The court will appoint counsel in a few select cases where having an attorney seems particularly appropriate or important. If you would like to request that the court appoint counsel to represent you in your lawsuit, you must file a "motion for appointment of counsel" form with the court. The form should be filed with the complaint. A copy of a motion for appointment of counsel is attached to this Guide as Appendix E.

**FORM 5. Petition for Review or Notice of Appeal of an Order or Decision of an Agency, Board, Commission, or Officer**

## United States Court of Appeals for the Federal Circuit

Kelly S McEntire, Petitioner or Appellant,

v. **PETITION FOR REVIEW**

Federated Investigators, Respondent or Appellee.

Kelly S McEntire (name all parties* bringing the petition or appeal) hereby petition/appeal the court for review of the DOL Fixing Fiduciary to (describe the order or decision) of the DOL (name the agency, board, commission or officer) entered on August 30 2005 (date).

(Signature of petitioner, appellant or attorney)

6479 East 950 South
Huntsville, Utah 84317

(Address of petitioner, appellant or attorney

*See Fed. R. App. P. 15 for permissible ways of identifying petitioners.

**FORM 5. Petition for Review or Notice of Appeal of an Order or Decision of an Agency, Board, Commission, or Officer**

## United States Court of Appeals for the Federal Circuit

Kelly S McEntire, Petitioner or Appellant,

v. **PETITION FOR REVIEW**

State of Utah, Respondent or Appellee.

Kelly S McEntire (name all parties* bringing the petition or appeal) hereby petition/appeal the court for review of the SEC Complaints (describe the order or decision) of the ALJ Rand Farmer SEC (name the agency, board, commission or officer) entered on November 18, 2005 (date).

(Signature of petitioner, appellant or attorney)

[signature]

(Address of petitioner, appellant or attorney

6479 East 950 South
Huntsville, Utah

*See Fed. R. App. P. 15 for permissible ways of identifying petitioners.

Name: Kelly & McEntire
Address: 6679 East 950 South
Huntsville Utah 84317
Telephone: 801-745-3900

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH - Central DIVISION**

| | |
|---|---|
| Jake & Kelly McEntire<br>Plaintiff,<br><br>v.<br><br>Robert Newman<br>Dennis Kellen<br>Ken Wyant<br>Rich Freeman<br>Bank of Utah<br>Nationwide Insurance<br>Defendant(s). | Deceptive and manipulative practices<br>Conflict of Interest<br>**COMPLAINT** Tax Fraud<br>Fraud Money Laundering<br>Racketering Adverse Possession<br>Breach of Fiduciary<br>Conspiracy to defraud<br>Civil No.<br><br>3-12111 |

## A. JURISDICTION

This action is brought pursuant to Title VII of the Civil Rights Act of 1964 as amended, for employment discrimination. Jurisdiction is specifically conferred on this Court by 42 U.S.C. § 2000e(5). Equitable and other relief are also sought under 42 U.S.C. § 2000e(5)(g). Jurisdiction is also based on 28 U.S.C. 1331, 1343 and 42 U.S.C. §§ 1981 et seq. Where employment discrimination based upon age is alleged, jurisdiction is conferred by 29 U.S.C. § 627(C) (d) and appropriate relief is also sought.

## B. PARTIES

1. Name of plaintiff: Kelly & Jake McEntire
   Present mailing address: 6679 East 950 South
   Huntsville UT 84317

**FORM 5. Petition for Review or Notice of Appeal of an Order or Decision of an Agency, Board, Commission, or Officer**

## United States Court of Appeals for the Federal Circuit

Kelly S McEntire, Petitioner or Appellant,

v. **PETITION FOR REVIEW**

Federated Investments, Respondent or Appellee.

Kelly S McEntire (name all parties* bringing the petition or appeal) hereby petition/appeal the court for review of the DOL (describe the order or decision) of the [illegible] (name the agency, board, commission or officer) entered on October 05, 05 (date).

[signature]
(Signature of petitioner, appellant or attorney)

4479 East 950 South
Huntsville, Utah 84317
(Address of petitioner, appellant or attorney

*_See_ Fed. R. App. P. 15 for permissible ways of identifying petitioners.

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

RECEIVED CLERK
OCT 17 2006
U.S. DISTRICT COURT

**I. (a) PLAINTIFFS** Kelly S McEntire

**(b)** County of Residence of First Listed Plaintiff Weber
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number) ~~Attorney General for State of Utah~~

**DEFENDANTS** Robert Neeley, Rich Freeman, Dennis, Bank of Utah, Ken Wynn, Countrywide Ins.

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known) utah Attorney

FILED
UNITED STATES DISTRICT COURT, DISTRICT OF UTAH
OCT 23 2006
MARKUS B. ZIMMER, CLERK
DEPUTY CLERK

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- [x] 1 U.S. Government Plaintiff
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [x] 1 | Incorporated or Principal Place of Business In This State | [x] 4 | [ ] 4 |
| Citizen of Another State | [x] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [x] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

**CONTRACT**
- [x] 110 Insurance
- [ ] 120 Marine
- [ ] 130 Miller Act
- [x] 140 Negotiable Instrument
- [x] 150 Recovery of Overpayment & Enforcement of Judgment
- [ ] 151 Medicare Act
- [x] 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- [ ] 153 Recovery of Overpayment of Veteran's Benefits
- [x] 160 Stockholders' Suits
- [x] 190 Other Contract
- [ ] 195 Contract Product Liability
- [ ] 196 Franchise

**REAL PROPERTY**
- [ ] 210 Land Condemnation
- [x] 220 Foreclosure
- [ ] 230 Rent Lease & Ejectment
- [x] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [x] 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [x] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers' Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [ ] 360 Other Personal Injury

PERSONAL INJURY
- [x] 362 Personal Injury - Med. Malpractice
- [ ] 365 Personal Injury - Product Liability
- [ ] 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- [x] 370 Other Fraud
- [x] 371 Truth in Lending
- [x] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

**CIVIL RIGHTS**
- [ ] 441 Voting
- [x] 442 Employment
- [x] 443 Housing/ Accommodations
- [ ] 444 Welfare
- [x] 445 Amer. w/Disabilities - Employment
- [x] 446 Amer. w/Disabilities - Other
- [x] 440 Other Civil Rights

**PRISONER PETITIONS**
- [ ] 510 Motions to Vacate Sentence

Habeas Corpus:
- [ ] 530 General
- [ ] 535 Death Penalty
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Condition

**FORFEITURE/PENALTY**
- [ ] 610 Agriculture
- [ ] 620 Other Food & Drug
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [x] 630 Liquor Laws
- [ ] 640 R.R. & Truck
- [ ] 650 Airline Regs.
- [x] 660 Occupational Safety/Health
- [ ] 690 Other

**LABOR**
- [x] 710 Fair Labor Standards Act
- [ ] 720 Labor/Mgmt. Relations
- [x] 730 Labor/Mgmt.Reporting & Disclosure Act
- [x] 740 Railway Labor Act
- [x] 790 Other Labor Litigation
- [x] 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
- [x] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 840 Trademark

**SOCIAL SECURITY**
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**
- [x] 870 Taxes (U.S. Plaintiff or Defendant)
- [x] 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- [ ] 400 State Reapportionment
- [x] 410 Antitrust
- [x] 430 Banks and Banking
- [x] 450 Commerce
- [ ] 460 Deportation
- [x] 470 Racketeer Influenced and Corrupt Organizations
- [ ] 480 Consumer Credit
- [ ] 490 Cable/Sat TV
- [ ] 810 Selective Service
- [x] 850 Securities/Commodities/ Exchange
- [ ] 875 Customer Challenge 12 USC 3410
- [ ] 890 Other Statutory Actions
- [ ] 891 Agricultural Acts
- [ ] 892 Economic Stabilization Act
- [ ] 893 Environmental Matters
- [ ] 894 Energy Allocation Act
- [x] 895 Freedom of Information Act
- [x] 900 Appeal of Fee Determination Under Equal Access to Justice
- [x] 950 Constitutionality of State Statutes

**V. ORIGIN** (Place an "X" in One Box Only)

- [ ] 1 Original Proceeding
- [x] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [x] 6 Multidistrict Litigation
- [x] 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing (**Do not cite jurisdictional statutes unless diversity**):

Brief description of cause:

**VII. REQUESTED IN COMPLAINT:** [ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ $2,500,000

CHECK YES only if demanded in complaint: JURY DEMAND: [ ] Yes [ ] No

**VIII. RELATED CASE(S) IF ANY** (See instructions): JUDGE DOCKET NUMBER 20030908 Ca

DATE SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # AMOUNT APPLYING IFP

Judge Bruce S. Jenkins
DECK TYPE: Civil
DATE STAMP: 10/25/2006 @ 13:28:00
CASE NUMBER: 1:06CV00133 BSJ